# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143273

CITY OF RIVERVIEW,
        Plaintiff-Appellant,

v

STATE OF MICHIGAN and DEPARTMENT OF
ENVIRONMENTAL QUALITY,
        Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143273
COA: 296431
CC: 09-0001000-MM

      On order of the Court, the application for leave to appeal the May 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

                              Clerk

y0319